UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA TAYLOR,

     Plaintiff,

v.                                                                                    Case No: 6:25-cv-1217-JSS-DCI

TRANSUNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., LVNV
FUNDING, LLC, and KIKOFF
LENDING, LLC.

     Defendants.

_____/

## **ORDER**

The court has received notice that Plaintiff, Joshua Taylor, and Defendant Capital Bank have reached an agreement to settle this matter.  (*See* Dkt. 85.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice as to Capital Bank, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is **DIRECTED** to terminate Capital Bank as a party to this action.

- 2 -

**ORDERED** in Orlando, Florida on May 26, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record