UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JOSHUA TAYLOR,

      Plaintiff,

v.                                                                          Case No: 6:25-cv-1217-JSS-DCI

TRANSUNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., LVNV
FUNDING, LLC, and KIKOFF
LENDING, LLC.

      Defendants.

_____/

## ORDER

Plaintiff, Joshua Taylor, has filed a notice of voluntary dismissal with prejudice as to Defendant TransUnion, LLC. (Dkt. 84.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."); *see also Klay v. United Healthgroup, Inc.,* 376 F.3d 1092, 1106 (11th Cir. 2004) (explaining that Rule 41 "allows a plaintiff to dismiss all of [their] claims against a particular defendant"). Upon review of the docket, TransUnion, LLC has not answered or filed a motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment

terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Thus, the requirements for dismissal under Rule 41(a)(1)(A)(i) are met.

Accordingly:

1.      This case is DISMISSED with prejudice as to Defendant TransUnion, LLC.

2.      The parties shall bear their own costs and attorney fees.

3.      The Clerk is DIRECTED to terminate Defendant TransUnion, LLC, as a party

to this action.

**ORDERED** in Orlando, Florida, on May 26, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record