UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA TAYLOR,

    Plaintiff,

v.                                                      Case No: 6:25-cv-1217-JSS-DCI

TRANSUNION, LLC et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

Upon review, Defendants LVNV Funding, LLC and Kikoff Lending, LLC have failed to comply with the court's Order of July 9, 2025 (Dkt. 4) directing counsel to file a Disclosure Statement within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Defendants LVNV Funding, LLC and Kikoff Lending, LLC shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in the entry of default without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on May 26, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party