UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA TAYLOR,

    Plaintiff,

v.                                  Case No: 6:25-cv-1217-JSS-DCI

TRANSUNION, LLC et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

Upon review, the parties remaining in this case have failed to comply with the court's Order of March 5, 2026 (Dkt. 64), directing the parties to file a Mediation Notice that sets the date and place for the mediation conference within thirty (30) days.

Therefore, it is **ORDERED** that the parties remaining in this case shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on May 26, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties