# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA TAYLOR,

      **Plaintiff,**

    **v.**                         **CASE NO. 6:25-cv-01217-JSS-DCI**

TRANSUNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., LVNV
FUNDING, LLC, SYNOVUS BANK
(aka FIRST PROGRESS),
CITIBANK, N.A., KIKOFF
LENDING, LLC, CAPITAL BANK
(OPENSKY),

      **Defendants.**
_____/

## DEFENDANT LVNV FUNDING, LLC'S
## DESIGNATION OF LEAD COUNSEL

Pursuant to L.R. 2.02, Defendant, LVNV Funding, LLC designates John M.

Marees, II as its lead counsel for the above-captioned matter.

                        Respectfully submitted,

                        **MESSER STRICKLER BURNETTE, LTD.**

           By:    */s/ John M. Marees II*
                    LAUREN M. BURNETTE, ESQUIRE
                    FL Bar No. 0120079
                    JOHN M. MAREES II, ESQUIRE
                    FL Bar No. 069879
                    KYLIE M. PRIETO, ESQUIRE

1

FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 26, 2026

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:  */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 26, 2026

3