**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSHUA TAYLOR,**

     **Plaintiff,**

    **v.**                        **CASE NO. 6:25-cv-01217-JSS-DCI**

**TRANSUNION, LLC, EQUIFAX**
**INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC., LVNV**
**FUNDING, LLC, SYNOVUS BANK**
**(aka FIRST PROGRESS),**
**CITIBANK, N.A., KIKOFF**
**LENDING, LLC, CAPITAL BANK**
**(OPENSKY),**

     **Defendants.**
_____/

**DEFENDANT LVNV FUNDING, LLC'S**
**RESPONSE TO ORDER TO SHOW CAUSE**

Defendant LVNV Funding, LLC respectfully responds to the Court's Order

to Show Cause dated May 26, 2026 [Dkt. 90] as follows:

1.    On July 9, 2025, this Court entered its Initial Case Order directing

counsel to file a Disclosure Statement within fourteen days of an appearance in the

case.  Dkt. 4.

2.    LVNV appeared in this case on December 1, 2025, by filing its Motion

for Extension of Time to Respond to Plaintiff's Complaint. Dkt. 30.

1

3.    The undersigned inadvertenly failed to calendar the Initial Case Order's deadline to file LVNV's corporate disclosure statement within fourteen days of that date.  The undersigned apologizes to the Court for his oversight and regrets valuable judicial resources were expended in issuing the Order to Show Cause as a result.

4.    Immediately upon receiving the Order to Show Cause, the undersigned realized his error and LVNV filed its Disclosure Statement.

5.    In light of the foregoing, LVNV respectfully requests this Honorable Court discharge its Order to Show Cause and not issue sanctions.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 28, 2026

2

# **CERTIFICATE OF SERVICE**

I certify that on May 28, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 28, 2026