**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSHUA TAYLOR,**

      **Plaintiff,**

    **v.**                        **CASE NO. 6:25-cv-01217-JSS-DCI**

**TRANSUNION, LLC, EQUIFAX**
**INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC., LVNV**
**FUNDING, LLC, SYNOVUS BANK**
**(aka FIRST PROGRESS),**
**CITIBANK, N.A., KIKOFF**
**LENDING, LLC, CAPITAL BANK**
**(OPENSKY),**

      **Defendants.**
_____/

**DEFENDANT LVNV FUNDING, LLC'S**
**NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that this case:

☐ IS          Related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT    related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency.

I further certify that I will serve a copy of this Notice upon each party no later than fourteen (14) days after appearance of the party.

1

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:  */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 28, 2026

2

## CERTIFICATE OF SERVICE

I certify that on May 28, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com
✉ jmarees@messerstrickler.com
✉ rruiz@messerstrickler.com
✉ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 28, 2026

3