UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

JOSHUA TAYLOR,

Plaintiff,                                          Case No.: 6:25-cv-01217-JSS-DCI

v.

TRANSUNION, LLC,

EQUIFAX INFORMATION SERVICES, LLC,

EXPERIAN INFORMATION SOLUTIONS, INC.,

LVNV FUNDING, LLC,

SYNOVUS BANK (aka FIRST PROGRESS),

CITIBANK, N.A.,

KIKOFF LENDING, LLC,

CAPITAL BANK (OPENSKY),


Defendant.

_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Joshua Taylor, respectfully responds to the Court's Order to Show Cause (Doc. 91) and states as follows:

1. Plaintiff previously filed a Notice of Selection of Mediator identifying the parties' agreed mediator, A. Michelle Jernigan, with Upchurch Watson White & Max.

2. At the time of filing the Notice of Selection of Mediator, the parties had not yet finalized a mediation date and time.

3. Since that filing, several Defendants have entered into settlement discussions and/or settlement agreements, and the scope of the case has continued to change, including the filing of Plaintiff's Amended Complaint.

4. At this time, only two primary Defendants remain actively involved in the litigation, and Plaintiff is currently working with those parties to coordinate and select an agreeable mediation date and time.

5. Plaintiff respectfully requests additional time to finalize scheduling and file the mediation notice containing the mediation conference date and location.

WHEREFORE, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and allow the parties additional time to coordinate and file the mediation scheduling notice.

Dated the 26th day of May, 2026.

Respectfully submitted,

/s/ Joshua Taylor

Joshua L Taylor

255 S Orange Avenue Unit 104

Orlando, FL 32801
Phone: 414-841-5301
Email: Joshtaylor1971@yahoo.com
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by Email.

Respectfully submitted,

Joshua L Taylor
255 S Orange Avenue Unit 104

Orlando, FL 32801
Phone: 414-841-5301
Email: Joshtaylor1971@yahoo.com
Plaintiff Pro Se

Dated the 26th day of May, 2026.