**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION**

JOSHUA TAYLOR,

     Plaintiff,

v.                                                            Case No. 6:25-cv-01217-JSS-DCI

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION SOLUTIONS,
INC.; LVNV FUNDING, LLC; SYNOVUS
BANK (aka FIRST PROGRESS);
CITIBANK, N.A.; KIKOFF LENDING, LLC
AND CAPITAL BANK (OPENSKY),

     Defendants.

_____

### KIKOFF LENDING, LLC'S NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that this case:

☐ IS        Related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT    Related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency.

I further certify that I will serve a copy of this Notice upon each party no later than fourteen (14) days after appearance of the party.

Dated:  June 1, 2026                                    Respectfully submitted,

/s/ Eva M. Spahn
EVA M. SPAHN, ESQ.
Florida Bar No. 0092063
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
P: 305-579-0500  ♦  F: 305-579-0717
Email: eva.spahn@gtlaw.com

JOEL E. TASCA, ESQ.*
Nevada Bar No. 14124
ALIX R. GOLDSTEIN, ESQ.*
Nevada Bar No. 16540
*admitted pro hac vice
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
P: 702-792-3773  ♦  F: 702-792-9002
Email: joel.tasca@gtlaw.com
Email: alix.goldstein@gtlaw.com

**Attorneys for Defendant KIKOFF LENDING, LLC**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Eva M. Spahn*
Eva M. Spahn, Esq.