**IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSHUA TAYLOR,

     Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION SOLUTIONS,
INC.; LVNV FUNDING, LLC; SYNOVUS
BANK (aka FIRST PROGRESS);
CITIBANK, N.A.; KIKOFF LENDING, LLC
AND CAPITAL BANK (OPENSKY),

     Defendants.

Case No. 6:25-cv-01217-JSS-DCI

_____

**DEFENDANT KIKOFF LENDING, LLC'S
RESPONSE TO ORDERS TO SHOW CAUSE**

Defendant Kikoff Lending, LLC ("Kikoff Lending" or "Defendant")
respectfully responds to the Court's Orders to Show Cause dated May 26, 2026
[ECF No. 90, 91].

1.    On July 9, 2025, this Court entered its Initial Case Order directing
counsel to file a Disclosure Statement within 14 days of an appearance in the case.
ECF No. 4.

2.      Kikoff Lending was served with the Complaint more than four (4) months later, on November 13, 2025.  Thereafter, on December 4, 2025, Kikoff Lending appeared in this case by filing its Unopposed Motion for Extension of Time to Respond to Joshua Taylor's Complaint.

3.      Kikoff Lending was never served with the Court's July 9 Initial Case Order and inadvertently missed the Order on the docket, which resulted in the failure to file a Corporate Disclosure Statement and Notice of Related Action within the timeframe required by the Order.  The undersigned sincerely apologizes for this error and has now filed the Corporate Disclosure Statement [ECF No. 97] and Notice of Related Action [ECF No. 100].

4.      On March 5, 2026, the Court issued an Order directing the parties to file a Mediation Notice that sets the date and place for the mediation conference within 30 days (the "Mediation Order"). The parties agreed on a mediator on March 30, 2026, prior to expiration of the Court's 30-day deadline.

5.      As required by the Court's Mediation Order, the parties are now conferring on a date and time for mediation. Kikoff Lending has proposed June 12, 23, 24, and June 26 as mediation dates and will continue working cooperatively with Plaintiff and the remaining defendants to complete that process and file the required mediation notice. The undersigned sincerely apologizes for the inadvertent delay in complying with the Court's Mediation Order.

6.     In light of the foregoing, Kikoff Lending respectfully requests that the Court find that Kikoff Lending has sufficiently responded to the Court's Orders to Show Cause and, as a result, that the Court discharge its Orders to Show Cause and not issue sanctions.

Dated: June 1, 2026.                    Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4100
Miami, Florida 33131
Telephone - (305) 579-0500
Facsimile:  (305) 579-0717

By:    */s/ Eva M. Spahn*
EVA M. SPAHN
Florida Bar No. 92063
Email: eva.spahn@gtlaw.com
michelle.cruz@gtlaw.com
mialitdock@gtlaw.com

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr, Ste. 600
Las Vegas, NV 89135
P: 702-792-3773
F: 702-792-9002

JOEL E. TASCA
(Nev. Bar No. 14124)
Email: Joel.Tasca@gtlaw.com
*(admitted pro hac vice)*
ALIX R. GOLDSTEIN
(Nev. Bar No. 16540)
Email: Alix.Goldstein@gtlaw.com
*(admitted pro hac vice)*

*Attorneys for Kikoff Lending, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/    Eva M. Spahn
EVA M. SPAHN
