**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **JOSHUA TAYLOR,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 6:25-cv-01217-JSS-DCI** |
| **TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, SYNOVUS BANK (AKA FIRST PROGRESS), CITIBANK N.A., KIKOFF LENDING, LLC, CAPITAL BANK (OPENSKY),** | |
| **Defendants.** | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Joshua Taylor ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian") jointly stipulate and agree to the dismissal of all of Plaintiff's claims against Experian, with prejudice. It is hereby stipulated and agreed between Plaintiff and Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

July 1, 2026

*/s/ Joshua Taylor "with permission"*
Joshua Taylor
405 Acacia Tree Way
Kissimmee, FL 34758
*Plaintiff pro se*

July 1, 2026

*/s/ Noah J. DiPasquale*
Noah DiPasquale, Esq.
Florida Bar No. 1003238
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697.1266
Facsimile: (804) 697.1339
Email: Noah.DiPasquale@troutman.com

*Counsel for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and served a true and correct copy by U.S. Mail upon:

Joshua Taylor
405 Acacia Tree Way
Kissimmee, FL 34758
*Pro Se Plaintiff*

*/s/ Noah J. DiPasquale*
Noah DiPasquale, Esq.

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

3

331014492